# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
EARL WAYNE BEAUDION,
Respondent.

No. 66314

**FILED**

JAN 14 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion to dismiss an indictment. Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

The State obtained the indictment at issue in this appeal after the district court dismissed an earlier indictment based on a violation of NRS 172.241(2). The State appealed the earlier dismissal and this court reversed and remanded, effectively reinstating the initial indictment. *State v. Beaudion*, 131 Nev., Adv. Op. 48, 352 P.3d 39 (2015). As a result of our decision in *Beaudion*, this appeal is moot. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Eighth Judicial District Court, Department 15
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-01260